IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ANTHONY WILSON,<br><br>          Plaintiff,<br><br>v.<br><br>CROSSCHECK, INC.,<br><br>          Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**Case no:  11-cv-00484-DN** |

   Whereas the Court has reviewed the Stipulation of Dismissal submitted by the parties;

   IT IS HEREBY ORDERED that the above-named case is dismissed with prejudice, with each side to bear its own costs.


   Dated October 21, 2011.


                                                                BY THE COURT:

                                                                _____
                                                                David Nuffer
                                                                U.S. Magistrate Judge

1